Law Offices of Hadley & Fraulob
230 Fifth Street
Marysville, CA 95901
(530) 743-4458

JOSEPH FRAULOB – State Bar #194355
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nahid Ghulam Dastagir, | Civil Action No: 2:19-cv-01454-EFB |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the undersigned attorneys that Plaintiff is granted an extension of thirty days, through Monday February 10, 2020, to file the Motion for Summary Judgment.

IT IS HEREBY NOTED that this is plaintiff's first extension requested.

Dated: 01/10/2020           / s / Joseph Fraulob
                            Joseph Fraulob
                            Attorney for Plaintiff

Dated: 01/10/2020           / s / Chantal R. Jenkins
                            Chantal R. Jenkins
                            Special Assistant U.S. Attorney
                            Attorney for Defendant

IT IS ORDERED.

Dated: January 13, 2020.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE